UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANDRA CROWDER,

                Plaintiff,                                **ORDER**
                                                                **06 CV 6621 (NG)(LB)**

          - against -

OFFICER WILSON,

                Defendant.

-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      On December 12, 2008, the Court ordered that "Officer Leon Wilson <u>shall</u> provide his written consent to release his records (which shall be subject to a confidentiality agreement between the parties) by December 18, 2008 to plaintiff's counsel." Document 60 (emphasis in original). By letter dated December 24, 2008, plaintiff's counsel informs the Court that defendant has not provided his written consent and requests that the Court "again direct Officer Wilson to provide that consent, and to provide us with the fees associated with seeking this relief."[1] Document 61. The Court grants plaintiff's request to compel defendant to provide his written consent, and Officer Wilson is ordered to provide plaintiff's counsel with his written consent to release his records from the Bureau of Prisons by January 12, 2009. Plaintiff's request for attorney's fees is denied without prejudice. However, defendant is hereby warned that the Court will impose sanctions, including reasonable attorney's fees to plaintiff, should defendant fail to comply with this Order.

SO ORDERED.

                                                                                                             _____
                                                                                                              LOIS BLOOM
                                                                                                              United States Magistrate Judge

Dated: December 31, 2008
         Brooklyn, New York

---

[1] Plaintiff's counsel requests fees in the amount of $1,730.00.