UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDRA CROWDER,

                Plaintiff,

      - against -

OFFICER LEON WILSON,

                Defendant.

------------------------------------------------------------X

**ORDER**
**06 CV 6621 (NG)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated December 18, 2009, plaintiff's *pro bono* counsel requests approval for

reimbursement of expert fees from the Eastern District Civil Litigation Fund ("the Fund").[1]

Document 100. In light of the limited resources of the Fund, the Court grants plaintiff's

application; however, reimbursement of plaintiff's expert fees is approved in the amount of

$2,500. Plaintiff's *pro bono* counsel may seek reimbursement of this amount from the Fund

whether it retains the identified expert or chooses to retain a different expert.

SO ORDERED.

                                 /S/
                         LOIS BLOOM
                         United States Magistrate Judge

Dated: January 6, 2010
       Brooklyn, New York

---

[1] Plaintiff's request was addressed to Judge Gershon. I have conferred with Judge Gershon and she has referred this matter to me. Any future request regarding reimbursement from the Fund prior to trial should be directed to my attention.